UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENESCO, INC.,<br><br>    Defendant. | Case No.: 12-CV-2220-YGR<br><br>**ORDER DIRECTING PARTIES TO FOLLOW EMPLOYMENT STANDING ORDER** |

On May 3, 2012, Plaintiff U.S. Equal Employment Opportunity Commission filed a complaint alleging sex discrimination. The case was reassigned to this judge by Order issued July 19, 2012. This case is subject to the Court's Standing Order for Certain Employment Cases. The standing order can be found on the Court's website at: http://cand.uscourts.gov/ygrorders.

Plaintiff is directed to serve a copy of the standing order along with the summons and complaint in this matter.

**IT IS SO ORDERED.**

Dated: July 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**