UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GENESCO, INC.,<br><br>Defendant. | Case No. 12-cv-02220-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 28 |

The parties stated on the record on May 2, 2013, that they have reached an agreement in principle to settle this action. See ECF No. 28. Accordingly, all deadlines and hearings in this case are VACATED. By June 17, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

This Order terminates the motion at ECF No. 28.

**IT IS SO ORDERED**.

Dated: May 6, 2013

JON S. TIGAR
United States District Judge