UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>GENESCO, INC.,<br><br>    Defendant. | Case No.   12-cv-02220-JST<br><br>**ADMINISTRATIVE ORDER CLOSING CASE**<br><br>Re: ECF No. 31 |

The Court has entered a Consent Decree in this case, which resolves all claims arising out of this lawsuit. See ECF No. 31, at I-E. There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary as contemplated by the Consent Decree, any party may initiate it in the same manner as if this order had not been entered.

Pursuant to the parties' stipulation, absent any further action by this Court, the case will be dismissed with prejudice on December 18, 2014.

**IT IS SO ORDERED.**

Dated: June 18, 2013

_____
JON S. TIGAR
United States District Judge