1  WILLIAM R. TAMAYO – #084965 (CA)
   MARCIA MITCHELL- #18122 (WA)
2  DEBRA A. SMITH – #147863 (CA)
   UNITED STATES EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California  94105-1260
5  Telephone:      (415) 625-5650
   Facsimile:       (415) 625-5657
6  debra.smith@eeoc.gov

7  Attorneys for Plaintiff EEOC

8  ERIC MECKLEY, State Bar No. 168181
   KATHRYN M. NAZARIAN, State Bar No. 259392
9  MORGAN LEWIS & BOCKUS LLP
   One Market, Spear Street Tower
10 San Francisco, CA 94105-1126
   Tel:     415.442.1000
11 Fax:    415.442.1001
   emeckley@morganlewis.com
12 knazarian@morganlewis.com

13 Attorneys for Defendant GENESCO, INC.

                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 | U. S. EQUAL EMPLOYMENT            | Case No. CV 12-2220 JST
   | OPPORTUNITY COMMISSION,           |
17 |                                   | **STIPULATION AND [PROPOSED]**
   |              Plaintiffs,          | **ORDER FOR DISMISSAL OF ACTION**
18 |                                   | **WITH PREJUDICE**
   |        vs.                        |
19 |                                   |
   | GENESCO, INC.,                    |
20 |                                   |
   |              Defendant.           |
21

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR DISMISSAL OF
ACTION WITH PREJUDICE
Case No. CV 12-2220 JST

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, Plaintiff United States Equal Employment Opportunity Commission ("Commission" or "EEOC") and Defendant Genesco, Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, that the above-captioned action be and hereby is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The terms of the consent decree entered by the Court on June 18, 2013 (Court Docket No. 31) have been satisfied in full by the Parties, Genesco has substantially complied with its obligations under the consent decree, and pursuant to its terms the consent decree has, and now is, expired. As a result, the Court will no longer retain jurisdiction over the Parties in this Action.

The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal.

All parties that have appeared in this action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation.

IT IS SO STIPULATED.

Dated: August 31, 2015          EQUAL EMPLOYMENT OPPORTUNITY
                                COMMISSION


                                By  //s// Marcia L. Mitchell
                                    Marcia Mitchell
                                    Attorney for Plaintiff EEOC

Dated: August 31, 2015          MORGAN, LEWIS & BOCKIUS LLP


                                By  /s/ Kathryn M. Nazarian
                                    Kathryn M. Nazarian
                                    Attorneys for Defendant
                                    GENESCO, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION FOR DISMISSAL OF
ACTION WITH PREJUDICE
Case No. CV 12-2220 JST

**FILER'S ATTESTATION**

I, Kathryn M. Nazarian, am the ECF user whose identification and password are being used to file the Stipulation for Dismissal of Action With Prejudice. In compliance with Local Rule 5-1, I hereby attest that Marcia Mitchell concurs in this filing.

/s/ *Kathryn M. Nazarian*
Kathryn M. Nazarian
Attorneys for Defendant
GENESCO, INC.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, **IT IS SO ORDERED**.

Dated: September 2, 2015        _____
                                HON.
                                U
                                IT IS SO ORDERED
                                Judge Jon S. Tigar
                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION FOR DISMISSAL OF
ACTION WITH PREJUDICE
Case No. CV 12-2220 JST